IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: JOHN F. DOCHERTY |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 23-cr-161 NEB/JFD |
| Dennis Augustus Keith Mobley, | ) | Date: May 1, 2023 |
| | ) | Courthouse: Minneapolis |
| Defendant, | ) | Courtroom: 8E |
| | ) | Time Commenced: 2:37 p.m. |
| | | Time Concluded: 2:42 p.m. |
| | | Time in Court: 5 minutes |

APPEARANCES:

Plaintiff: LeeAnn Bell, Assistant U.S. Attorney
Defendant: Aaron Morrison, Assistant Federal Public Defender
_ FPD    _ CJA    _ Retained    X To be appointed

Date Charges Filed: 4/26/2023    Offense: felon in possession of a firearm

X Advised of Rights

on    X Indictment

X Government moves for detention.
Motion is X granted, temporary detention ordered.

Next appearance date is Thursday, May 4, 2023 at 3:00 p.m. before U.S. Magistrate Judge Tony N. Leung, CR 9W Mpls for:
X Detention hrg    X Arraignment

X Government moves to unseal the case.    X Granted

Additional Information: .
X Oral Rule5(f) Brady notice read on the record.

s/ jam
Signature of Courtroom Deputy