# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# CHANGE OF PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>  v.<br><br>DENNIS AUGUSTUS KEITH MOBLEY,<br>*aka Diddy*,<br><br>                    Defendant. | COURTROOM MINUTES - CRIMINAL<br>BEFORE: Nancy E. Brasel<br>U.S. District Judge<br><br>Case No:           23-cr-161 (1) (NEB/JFD)<br>Date:              June 12, 2023<br>Court Reporter:    Maria Weinbeck<br>Courthouse:        Minneapolis<br>Courtroom:         13W<br>Time Commenced:    1:05 p.m.<br>Time Concluded:    1:35 p.m.<br>Time in Court:     30 minutes |

APPEARANCES:
  Plaintiff:     Samantha Bates, Assistant U.S. Attorney
  Defendant:     Daniel Guerrero, CJA Appointed Attorney

PROCEEDINGS:

CHANGE OF PLEA HEARING:

PLEA:
☒  Guilty as to 1 of the Indictment.
☒  Presentence Investigation Report Requested.
☒  Defendant is remanded to the custody of the USM.

Date: June 12, 2023                                       s/Kristine Wegner
                                                          Courtroom Deputy to Judge Nancy E. Brasel