# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA
## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | |
| v. | Case No: 23-cr-161 (1) (NEB/JFD) |
| | Date: March 4, 2024 |
| DENNIS AUGUSTUS KEITH MOBLEY, aka Diddy, | Courthouse: Minneapolis |
| | Courtroom: 13W |
| Defendant. | Court Reporter: Renee Rogge |
| | Time Commenced: 2:00 p.m. |
| | Time Concluded: 2:40 p.m. |
| | Time in Court: 40 minutes |

Before Nancy E. Brasel, United States District Judge
APPEARANCES:

    For Plaintiff:    Justin Wesley and Samantha Bates, Assistant U.S. Attorneys
    For Defendant:    Daniel Guerrero, CJA Appointed Attorney

☒ **Sentencing.**
☒ Objections to the PSR argued on record.

**IT IS ORDERED:**
**Defendant is sentenced to:**

| Count Nos. | Guilty Verdict | BOP | SR |
|---|---|---|---|
| 1 | X | 84 months | 3 years |

☒ Special conditions of: **See J&C for special condition.**
☒ Special assessment in the amount of $100.00 due immediately.
☒ The sealed filing at ECF 46 shall remain sealed until 3/4/34 (10 years).
☒ Defendant is remanded to the custody of the USM.

Date: March 4, 2024

                                                    s/Kristine Wegner
                                                  Courtroom Deputy to Judge Nancy E. Brasel